United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Ramon Canela  
Carmen Canela  
    Debtors

Case No. 15-04915-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 12, 2021      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ramon Canela, Carmen Canela, 325 Allen St., West Hazleton, PA 18202-2622 |
| 4721978 | | Apothaker & Scian, P.C., 520 Fellowship Rd., Suite C306, P.O. Box 5496, Mt. Laurel, New Jersey 08054-5496 |
| 4979380 | | BANK OF AMERICA, N.A., P.O. BOX 6600933, DALLAS, TX 75266-0402 |
| 4979381 | | BANK OF AMERICA, N.A., P.O. BOX 6600933, DALLAS, TX 75266-0402, BANK OF AMERICA, N.A., P.O. BOX 6600933 DALLAS, TX 75266-0402 |
| 4796481 | + | Bayview Loan Servicing, 285 Grand Avenue 200, Southlake, TX 76092-7657 |
| 4721985 | | Gramercy Cardiac Diagnostic Services, 131 W. 35th St., Ste. 700, New York, New York 10001-2111 |
| 4806747 | + | Greater Hazleton Joint Sewer Authority, c/o Ustynoski & Marusak, LLC, 101 West Broad Street, Suite 205, Joseph D. Ustynoski, Esq. (Solicitor), Hazleton PA 18201-6303 |
| 4721986 | + | Greater Hazleton Joint Sewer Authority, 500 Oscar Thomas Drive, P.O. Box 651, Hazleton, Pennsylvania 18201-0651 |
| 4721987 | + | Julio Gomez Ceballos & Michel V. Rosario, 327 Allen St., West Hazleton, Pennsylvania 18202-2622 |
| 4721990 | | New York State Department of, Taxation and Finance, Civil Enforcement - Indiv Case Enforceme, Albany, New York 02227-0001 |
| 4728138 | | New York State Department of Taxation & Finan, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 4721991 | | Olga Henriques & Jose Oltera, 325B Allen St., West Hazleton, Pennsylvania 18202 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4726646 | | EDI: AIS.COM | Jan 13 2021 00:13:00 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 4721977 | + | EDI: AIS.COM | Jan 13 2021 00:13:00 | American Infosource LP as agent for, T-Mobile USA, Inc., P.O. Box 248848, Cklahoma City, Oklahoma 73124-8848 |
| 4721979 | | EDI: BANKAMER.COM | Jan 13 2021 00:13:00 | Bank of America, Bankruptcy Department, 4161 Piedmont Pkwy., NC4-105-03-14, Greensboro, North Carolina 27410 |
| 4721980 | + | EDI: BANKAMER.COM | Jan 13 2021 00:13:00 | Bank of America Home Loans, Attn: Customer Service, Ca6-919-01-41, P.O. Box 5170, Simi Valley, California 93062-5170 |
| 4721981 | + | EDI: CAPITALONE.COM | Jan 13 2021 00:13:00 | Capital One/Boscov's, Retail Services, P.O. Box 5893, Carol Stream, Illinois 60197-5893 |
| 4721982 | + | EDI: CITICORP.COM | Jan 13 2021 00:13:00 | Citibank, Box 6500, Sioux Falls, South Dakota 57117-6500 |
| 4721983 | | EDI: DISCOVER.COM | Jan 13 2021 00:13:00 | Discover, P.O. Box 30943, Salt Lake City, Utah 84130 |
| 4721984 | + | EDI: DISCOVER.COM | Jan 13 2021 00:13:00 | Discover Bank, DB Servicing Corporation, P.O. Box 3025, New Albany, Ohio 43054-3025 |
| 4723411 | | EDI: DISCOVER.COM | Jan 13 2021 00:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4721988 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2021 19:18:38 | LVNV Funding LLC, P.O. Box 10497, Greenville, |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | South Carolina 29603-0497 |
| 4721989 | + | EDI: MID8.COM | Jan 13 2021 00:13:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, California 92123-2255 |
| 4721992 | | EDI: PRA.COM | Jan 13 2021 00:13:00 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, Virginia 23541 |
| 4721993 | | EDI: PRA.COM | Jan 13 2021 00:13:00 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, Virginia 23541 |
| 4727084 | | EDI: PRA.COM | Jan 13 2021 00:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4721994 | + | Email/Text: bankolist@praxis-financial.com | Jan 12 2021 19:13:00 | Praxis Financial Solutions, 7331 N. Lincoln Ave., Suite 8, Lincolnwood, Illinois 60712-1766 |
| 4721995 | + | EDI: CITICORP.COM | Jan 13 2021 00:13:00 | Sears Card, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 4721996 | | EDI: RMSC.COM | Jan 13 2021 00:13:00 | Synchrony Bank/JC Penney, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, Florida 32896-5060 |
| 4721997 | + | Email/Text: bankruptcysst@alorica.com | Jan 12 2021 19:13:00 | Systems & Services Technologies, Inc., 4315 Pickett Rd., St. Joseph, Missouri 64503-1600 |
| 4721998 | | EDI: AISTMBL.COM | Jan 13 2021 00:13:00 | T-Mobile USA, Inc., Financial Care Dept-Bankruptcy, P.O. Box 37380, Albuquerque, New Mexico 87176 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4753178 | *+ | Sears Card, PO Box 6275, Sioux Falls, SD 57117-6275 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Celine P DerKrikorian | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |

| Name | Role |
|---|---|
| Mario John Hanyon | on behalf of Creditor BANK OF AMERICA N.A. pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor Bank Of America N.A. pamb@fedphe.com |
| Matthew Gregory Brushwood | on behalf of Creditor BANK OF AMERICA N.A. pamb@fedphe.com |
| Paul William Cressman | on behalf of Creditor BANK OF AMERICA N.A. pamb@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor BANK OF AMERICA N.A. pamb@fedphe.com |
| Tullio DeLuca | on behalf of Debtor 1 Ramon Canela tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 2 Carmen Canela tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ramon Canela<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1992<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Carmen Canela<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2842<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:15–bk–04915–RNO | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ramon Canela
aka Ramon A. Canela, aka Ramon Anibal Canela

Carmen Canela

<u>1/12/21</u>

**By the court:** <u>Robert N. Opel II</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W             **Chapter 13 Discharge**                 page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**