United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-04915-RNO |
| Ramon Canela | Chapter 13 |
| Carmen Canela | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 17, 2021 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ramon Canela, Carmen Canela, 325 Allen St., West Hazleton, PA 18202-2622 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021        Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Celine P DerKrikorian | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Mario John Hanyon | on behalf of Creditor BANK OF AMERICA  N.A. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Bank Of America  N.A. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Matthew Gregory Brushwood | on behalf of Creditor BANK OF AMERICA  N.A. pamb@fedphe.com |
| Paul William Cressman | |

on behalf of Creditor BANK OF AMERICA  N.A. pamb@fedphe.com

Rebecca Ann Solarz

on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

Thomas Song

on behalf of Creditor BANK OF AMERICA  N.A. pamb@fedphe.com

Tullio DeLuca

on behalf of Debtor 1 Ramon Canela tullio.deluca@verizon.net

Tullio DeLuca

on behalf of Debtor 2 Carmen Canela tullio.deluca@verizon.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Ramon Canela,<br>aka Ramon A. Canela, aka Ramon Anibal Canela, | Chapter 13 |
| **Debtor 1** | Case No. 5:15−bk−04915−RNO |
| Carmen Canela, | |
| **Debtor 2** | |

Social Security No.:

xxx−xx−1992          xxx−xx−2842

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: February 17, 2021

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

**fnldec** (10/20)